### TOWN OF WATERBURY v. HURLBURT.

An action at law will not lie against a son for the support of a parent, but an application upon the statute must be made to the County Court.

ACTION of *assumpsit*, declaring, that the defendant's father fell sick in said Waterbury; that the selectmen provided for him, to the amount of £17; that the father hath no property, and that the defendant is his son and is of sufficient ability, and by the laws of the state liable to pay said expenses, and being so liable, assumed, etc. Plea *non assumpsit*. Issue to the jury.

The facts were not much controverted. The plaintiffs insisted, that as the statute created the duty, the common law supplied the remedy. To which it was answered by the defendant, that by the common law he is not liable at all; and by the statute, only *submodo*, viz. by a particular application to the County Court, and only on condition he is of ability, and of this the County Court are made the sole judges.

Verdict and judgment for the defendant.